UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDWING EXPRESS, a/k/a LAMB'S EXPRESS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv10972 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including September 30, 2004. An extension is requested in order to allow additional time for settlement discussions.

Dated: August 20, 2004           Respectfully submitted,

Catherine M. Campbell
BBO #549397629444
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff

<u>Certificate of Service</u>

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Brian LaPlante, Esq., LaPlante & Sowa, 67 Cedar Street, Providence, RI  02903.


Date: August 20, 2004                          <u>/s/Catherine M. Campbell</u>
                                                   Catherine M. Campbell