UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>   Plaintiff,<br><br>v.<br><br>GOLDWING EXPRESS, a/k/a LAMB'S EXPRESS, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04cv10972 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

  Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including November 30, 2004.  An extension is requested in order to allow additional time for settlement discussions.

Dated:  September 30, 2004    Respectfully submitted,

                Catherine M. Campbell
                BBO #549397629444
                Feinberg, Campbell & Zack, P.C.
                177 Milk Street
                Boston, MA 02109
                (617) 338-1976


                /s/ Catherine M. Campbell_____
                Attorney for Plaintiff

Certificate of Service

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Brian LaPlante, Esq., LaPlante & Sowa, 67 Cedar Street, Providence, RI 02903.

|  |  |
|---|---|
|  | /s/Catherine M. Campbell |
| Date: September 30, 2004 | Catherine M. Campbell |