UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>      Plaintiff,<br><br>v.<br><br>GOLDWING EXPRESS, a/k/a LAMB'S EXPRESS, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04cv10972 MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including May 2, 2005. An extension is requested in order to allow additional time for settlement discussions.

Dated: March 31, 2005                          Respectfully submitted,

                                                      Catherine M. Campbell
                                                      BBO #549397629444
                                                      Feinberg, Campbell & Zack, P.C.
                                                      177 Milk Street
                                                      Boston, MA 02109
                                                      (617) 338-1976

                                                      /s/ Catherine M. Campbell_____
                                                      Attorney for Plaintiff

Certificate of Service

    I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Brian LaPlante, Esq., LaPlante & Sowa, 67 Cedar Street, Providence, RI 02903.

                                                      /s/Catherine M. Campbell
Date: March 31, 2005                       Catherine M. Campbell