UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | C.A. No. 04cv10972 MEL |
| v. | ) ) | |
| GOLDWING EXPRESS, a/k/a LAMB'S EXPRESS, INC., | ) ) ) | |
| Defendants. | ) ) | |

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to Plaintiff's Complaint may be extended up to and including June 2, 2005. An extension is requested in order to allow additional time for settlement discussions.

Dated:  April 28, 2005                                   Respectfully submitted,

                                                        Catherine M. Campbell
                                                        BBO #549397629444
                                                        Feinberg, Campbell & Zack, P.C.
                                                        177 Milk Street
                                                        Boston, MA 02109
                                                        (617) 338-1976

                                                        /s/ Catherine M. Campbell_____
                                                        Attorney for Plaintiff

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Brian LaPlante, Esq., LaPlante & Sowa, 67 Cedar Street, Providence, RI  02903.

                                                        /s/Catherine M. Campbell
Date:  April 28, 2005                                    Catherine M. Campbell